IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-84-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELIZABETH ANN KRINER WILLIAMSON, | ) | |
| Defendant. | ) | |

On August 6, 2020, the court denied defendant's motion for compassionate release [D.E. 68]. On October 8, 2020, defendant filed a motion for reconsideration [D.E. 73]. On February 19, 2021, defendant moved for appointed counsel [D.E. 75].

The court has considered the entire record and governing law. Defendant's motion for reconsideration fails to raise anything that the court did not consider in its order of August 6, 2020. Thus, the court DENIES as meritless defendant's motion for reconsideration [D.E. 73] and her motion for appointed counsel [D.E. 75].

SO ORDERED. This 24 day of March 2021.

JAMES C. DEVER III
United States District Judge